UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 05CR 1 0 1 65 RGS |
| ) | |
| v. ) | Case No. |
| ) | |
| ANTONIO GORDON ) | Violation: |
| ) | 18 U.S.C. § 922(g)(1) – |
| ) | Possession of a Firearm and |
| ) | Ammunition by a Convicted |
| ) | Felon |
| ) | |

INDICTMENT

COUNT ONE:   18 U.S.C. § 922(g)(1) – Possession of a Firearm and Ammunition by a Convicted Felon

The Grand Jury charges that:

On or about January 9, 2005, in Lynn, in the District of Massachusetts,

ANTONIO GORDON,

defendant herein, after having been convicted of a crime punishable by a term of imprisonment in excess of one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Smith & Wesson, Model 13-1, .357 Magnum revolver, bearing serial number D817431, and ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO:     18 U.S.C. § 922(g)(1) - **Possession of a Firearm and Ammunition by a Convicted Felon**

The Grand Jury further charges that:

On or about May 3, 2005, in Lynn, in the District of Massachusetts,

**ANTONIO GORDON,**

defendant herein, after having been convicted of a crime punishable by a term of imprisonment in excess of one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Smith & Wesson, .22 caliber revolver, bearing serial number K607515, and six rounds of .22 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

*[signature]*
FOREPERSON OF GRAND JURY

*[signature]*
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, June 29, 2005.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

1:00pm
6/29/05

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**05 CR 10165 RGS**

**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** ATF

**City** Lynn     **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Antonio Gordon     Juvenile: ☐ Yes  ☒ No

Alias Name: _____

Address: 32 Morris St, Lynn, MA

Birth date: 1983    SS#: ** *** 1193    Sex: M    Race: B    Nationality: U.S.A.

Defense Counsel if known: _____     Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA: William H. Connolly     Bar Number if applicable: 634501

Interpreter: ☐ Yes ☒ No     List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody _____    ☐ Serving Sentence    ☒ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/29/05     Signature of AUSA: *[signed]*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**05 CR 10165 RGS**

District Court Case Number (To be filled in by deputy)

Name of Defendant     Antonio Gordon

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm and Ammo. | 1,2 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

**District Court Case Number**  (To be filled in by deputy     05 CR 10165 RGS

**Name of Defendant**    Antonio Gordon

JS 45.wpd - 3/13/02