✎ AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA

V.

ANTONIO GORDON
*Defendant*

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Case Number:  05-10165-RGS

Upon motion of the _____ Government _____, it is ORDERED that a

detention hearing is set for _____ 7/14/2005 _____ * at _____ 3:30 pm _____

                                   *Date*                                                             *Time*

before _____ Joyce London Alexander _____

*Name of Judicial Officer*

_____ Boston, MA _____

*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal)

(_____) and produced for the hearing.

*Other Custodial Official*

Date: _____ 7/11/2005 _____      ✔ /s/ Joyce London Alexander

                                                      *Signature Date*                                                          *Judge*

Digitally signed by /s/ Joyce London Alexander
DN: cn=/s/ Joyce London Alexander, o=United
States Magistrate Judge, ou=US
Date: 2005.07.13 10:50:02 -04'00'

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.