AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Antonio Gordon
DOB: 7/9/83

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10165 RGS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      Antonio Gordon
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

two counts of being a felon in possession of a firearm

in violation of Title   18   United States Code, Section(s)  922(g)(1)

Sheila Dukes
Name of Issuing Officer

Operations Supervisor
Title of Issuing Officer

Signature of Issuing Officer: Sheila Dukes

Date and Location: June 29, 2005 Boston, MA

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

WARRANT EXECUTED BY ATF
BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 7-11-05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.