MURPHY & RANDALL, LLP
ATTORNEYS AT LAW
50 BURLINGTON MALL ROAD, SUITE 100
BURLINGTON, MASSACHUSETTS 01803
www.murphyandrandall.com

CHARLES A. MURPHY
GLEN P. RANDALL

Telephone: (781) 238-0300
Facsimile: (781) 238-0302

December 7, 2005

William H. Connolly, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Re:   **United States v. Antonio Gordon**
      **Criminal No. 05-10165-RGS**

Dear Attorney Connolly:

On behalf of my client, thank you for the discovery which you have provided thus far in the above-numbered case. Pursuant to Local Rule 116.3, and Rule 16 of the Federal Rule of Criminal Procedure, I am making the following requests for additional discovery:

**COUNT ONE** – January 9, 2005

1. Any and all incoming 911 and/or recorded telephone calls from any individual on or about January 9, 2005 relative to the above referenced indictment and Lynn Incident Report No: 05-1645.

2. Any and all police reports, CADDBQ Reports, logs, records, papers, handwritten or typed notes, and/or books on or about January 9, 2005 relative to any incident referenced in paragraph #1.

3. Any and all outgoing dispatches and/or communications from the Lynn Police Department to any and all Police Officers relative to any incident(s) on or about January 9, 2005 relative to any incident referenced in paragraph #1.

**COUNT TWO** – May 3, 2005

4. Any and all incoming 911 and/or recorded telephone calls from any individual on or about May 3, 2005 relative to the above referenced indictment and Lynn Incident Report No: 05-2760(?)(last digit unknown).

5. Any and all police reports, CADDBQ Reports, logs, records, papers, handwritten or typed notes, and/or books on or about May 3, 2005 relative to any incident referenced in paragraph #1.

MURPHY & RANDALL, LLP
ATTORNEYS AT LAW

6. Any and all outgoing dispatches and/or communications from the Lynn Police Department to any and all Police Officers relative to any incident(s) on or about May 3, 2005 relative to any incident referenced in paragraph #1.

**GENERAL**

7. Please provide all documents and other materials and information you have concerning the origin of the firearm, including previous owners and sales of the gun, and including any oral or written statements made by any person concerning ownership of the firearm.

8. Please consider this a request to make an appointment to view all tangible evidence in the case, including the firearm.

9. Please provide information about whether any law enforcement agent participating in the trial or investigation of this case has ever been investigated for conduct involving false statements, obstruction of justice, taking gratuities or violating the rights of a suspect.

10. In addition to the exculpatory evidence the government is required to produce under Local Rule 116.2, please produce all exculpatory evidence as defined in Kyles v. Whitley, 514 U.S. 419 (1995); Brady v. Maryland, 373 U.S. 83 (1963); Giglio v. United States, 405 U.S. 150 (1972); and United States v. Osario, 929 F. 2d 753 (1st Cir. 1991).

11. You provided the defendant's state criminal record. Please also notify me as to whether the defendant has any out-of-state criminal record and provide documents concerning that record.

12. The defendant also requests details concerning promises, rewards and inducements provided to any witness. This request includes information concerning whether any witness has committed acts known to the government that constitute a crime for which the witness could have been prosecuted but was not.

13. Please provide defense counsel with transcripts of all Grand Jury proceedings in this case.

14. Please provide defense counsel with all Jenks and/or 3500 material.

Thank you for your anticipated cooperation in this matter.

Very truly yours

Glen P. Randall

GPR/sr
cc: Judge Joyce London Alexander