FILED
In Open Court
USDC, Mass
Date 1/11/06
By Jarrett Lovett

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10165

UNITED STATES OF AMERICA

v.

ANTONIO GORDON

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, M.J.

On January 11, 2006, parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys: None

2. Features of case that deserve special attention or modification of the standard schedule: None

3. Anticipated supplemental discovery:

The government will be providing a second copy of a police 911 tape. The first copy provided to defense counsel was blank.

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C).

The government will provide expert discovery materials 21 days before trial and the defendants will provide their expert discovery materials 10 days before trial.

5. Applicable periods of excludable delay under Speedy Trial Act;

The parties agree to exclude the time from July 27, 2005, to January 11, 2006.

6. The likelihood of a trial is uncertain at this time. Estimated duration of trial is one week.

7. Other matters _____
_____
_____

    IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12(c) has / has not been established. The motion date is set for
_____.

An Interim Status Conference has / has not been scheduled. The Interim Status Conference will be held at
_____ on _____ in _____ courtroom.

A Final Status Conference will be held at **3:00AM** on **2/17/06** in **#24** courtroom.

**Pursuant to LR 116.5(C), parties shall confer and, not later than three (3) business days before the Final Status Conference, prepare and file a joint Final Status Conference Memorandum.**

Additional Orders:

**Parties shall meet prior to the Initial Status Conference in order to respond to the above stated inquiries.**

Date **1/11/06**

By the Court,

*[signature]*
Deputy Clerk