```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 05-10165-RGS |
| | ) | |
| ANTONIO GORDON, ET AL | ) | |

### JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

At a status conference on January 11, 2006, the parties agreed orally to exclude the period from July 27, 2005, to February 17, 2006, the date set for Final Status Conference, pursuant to 18 U.S.C. 3161(h)(8)(A). It is expected that the requested exclusions will provide the government time to provide additional discovery and afford the defendant an opportunity to review the discovery and contemplate the filing of motions.

Herein, the parties move that this Court find that the ends of justice served by granting the requested exclusions outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the requested period in computing the time within which trial must commence. Respectfully submitted,

/s/ William H. Connolly
WILLIAM H. CONNOLLY
ASSISTANT U.S. ATTORNEY

DATE:     January 11, 2006