UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA      )
                              )
                              )
          v.                  )      **CRIMINAL ACTION**
                              )      **No. 05-10165-RGS**
                              )
ANTONIO GORDON                )
                              )
_____)

# EX PARTE MOTION FOR INVESTIGATOR FUNDS

Now comes the defendant in the above entitled matter and respectfully moves this Honorable Court to authorize the expenditure of $1,500 to allow him to retain the services of a private investigator. The defendant has been found to be indigent, was appointed undersigned counsel pursuant to the Criminal Justice Act, and is without sufficient resources to hire an investigator. The services of an investigator are necessary to prepare an adequate defense to the pending indictment. Defense counsel anticipates hiring John F. McCarthy, a licensed private investigator and former Federal Probation Officer for same.

Wherefore, for the foregoing reasons the defendant prays that this Honorable Court will allow the foregoing Motion.

                                        Respectfully submitted,


                                         /s/ Glen P. Randall
                                        Glen P. Randall
                                        BBO#: 563472
                                        Murphy & Randall, LLP
                                        50 Burlington Mall Road, Suite 100
                                        Burlington, MA 01803
                                        Tel.: (781) 238-0300

Dated January 26, 2006