UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

                                    )
UNITED STATES OF AMERICA            )
                                    )
v.                                  )     Criminal No. 05-10165-RGS
                                    )
ANTONIO GORDON                      )
                                    )

<u>ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME</u>

The parties respectfully request a continuance of the Final Status Conference, currently scheduled for February 17, 2006. As grounds for this motion, the government states that AUSA William Connolly has a conflict and will be unable to attend the status conference. In addition, the parties are attempting to resolve one final discovery issue. When the discovery issue is resolved, the case will be ready to send to the district court.

The parties further request that the conference be rescheduled to the afternoon of March 8 or March 9, 2006.

In addition, for the above-stated reasons, the parties respectfully request that the time commencing on February 17, 2006 and concluding on the date set for Final Status Conference be excluded pursuant to 18 U.S.C. §3161(h)(8)(A). In addition, for the above-stated reasons, both parties move that this Court find that the ends of justice served by granting the requested exclusions outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the

requested period in computing the time within which trial must commence.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney,
By:


/s/ William H. Connolly
WILLIAM H. CONNOLLY
Respectfully submitted,


DATE:     February 17, 2006