UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION |
| | ) | No. 05-10165-RGS |
| ANTONIO GORDON | ) | |

## ASSENTED TO MOTION TO ENLARGE TIME FOR FILING MOTION TO SUPPRESS

Now comes undersigned counsel in the above entitled matter and respectfully moves this Honorable Court to enlarge the time in which he may file a Motion to Suppress. In support of this motion the defendant states that on February 1, 2006 this Honorable Court allowed the Defendant's Motion for Investigative Funds and the private investigator is still in the process of interviewing witnesses and taking photographs. Additionally, the government forwarded discovery material on February 24, 2006 which was received by defense counsel on February 28, 2006. Said discovery material is relevant to the Motion and the defendant needs additional time to review this material and also discuss this information with his client before filing the Motion to Suppress.

WHEREFORE, the defendant requests that a new filing date for the Motion to Suppress be chosen on March 9, 2006, the date of the Final Status Conference.

The Government assents to this Motion.

Respectfully submitted,

/s/ Glen P. Randall
Glen P. Randall
BBO#: 563472
Murphy & Randall, LLP
50 Burlington Mall Road, Suite 100
Burlington, MA 01803
Tel.: (781) 238-0300

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2006 a true copy of the above Motion was served upon William Connolly, AUSA, U.S Courthouse, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02110, by filing this document through the ECF system and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants via first-class mail, postage prepaid.

/s/ Glen P. Randall
Glen P. Randall