UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10165-RGS

UNITED STATES OF AMERICA

v.

ANTONIO GORDON

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On March 9, 2006, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There **are no** features of case that deserve special attention or modification of the standard schedule.

2. Discovery is **complete**.

3. Supplemental discovery anticipated: **NONE**

4. (a) Total amount of time ordered excluded under the Speedy Trial Act:

    **From July 27, 2005 through March 9, 2006**.

   (b) Amount of time remaining under the Speedy Trial Act before trial must commence: **70 days**

   (c) Pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act: **Motions to suppress.**

5. (a) The defendant **does not** intend to raise a defense of insanity.
   (b) The defendant **does not** intend to raise a defense of public authority.

6. The Government **has not** requested notice of alibi by the defendant.

7. (a) Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial:

    **The defendant will be filing motions to suppress evidence.**

   (b) Briefing schedule established

8. Need for schedule concerning any matter in the case other than trial: **NO**

9. Possibility of early resolution of case without trial: **The case is likely to be resolved before trial but after the motions to suppress are ruled on.**

10. Trial **is not** necessary. If the case were to proceed to trial it would last approximately **four days**.



1

11. Other matters: **NONE**

   IT IS HEREBY ORDERED THAT

**Parties shall meet prior to the Final Status Conference in order to respond to the above stated inquiries.**

Date 3/9/06

By the Court,

_____
Deputy Clerk