UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
UNITED STATES OF AMERICA            )
                                    )
                                    )
          v.                        )    Criminal No. 05-10165-RGS
                                    )
                                    )
ANTONIO GORDON                      )
                                    )
```

JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

At a status conference on March 9, 2006, the parties agreed orally to exclude the period from February 17, 2006, to March 9, 2006, the date set for Final Status Conference, pursuant to 18 U.S.C. 3161(h)(8)(A). It is expected that the requested exclusion will provide the defendant an opportunity to review recently disclosed discovery and file a motion to suppress evidence.

Herein, the parties move that this Court find that the ends of justice served by granting the requested exclusion outweighs the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the requested period in computing the time within which trial must commence.

Respectfully submitted,


/s/ William H. Connolly
WILLIAM H. CONNOLLY
ASSISTANT U.S. ATTORNEY

DATE:      March 14, 2006

-1-