UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.          )<br>)<br>)<br>ANTONIO GORDON        )<br>)<br>) | CRIMINAL ACTION<br>No. 05-10165-RGS |

## NOTICE OF ADDRESS CHANGE

Please be advised that as of April 1, 2006, the new address for counsel of record for ANTONIO GORDON will be as follows:

> Glen P. Randall
> 79 Merrimack Street, Suite 300
> Lowell, MA 01852
> Phone: (978)-452-1700
> Fax:   (978)-452-5300
> E-Mail: grandall@randalllawoffices.com

                              Respectfully submitted,


                               /s/ Glen P. Randall
                              Glen P. Randall
                              BBO#: 563472
                              Murphy & Randall, LLP
                              50 Burlington Mall Road, Suite 100
                              Burlington, MA 01803
                              Tel.: (781) 238-0300

## CERTIFICATE OF SERVICE

      I hereby certify that on March 30, 2006 a true copy of the above Notice was served through the ECF system and that it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants via first-class mail, postage prepaid.

      /s/ Glen P. Randall
      Glen P. Randall