UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10165-RGS |
| | ) | |
| ANTONIO GORDON | ) | |
| | ) | |

<u>ASSENTED-TO MOTION TO EXTEND TIME FOR FILING</u>

The government hereby requests an extension of time within which the government must respond to the defendant's motions to suppress evidence. The defendant filed his motions to suppress on March 30, 2006. Pursuant to the Local Rules governing motion practice, the government's response is due by April 13, 2006.

As grounds for this motion, the government states that AUSA William H. Connolly will be out of the office on a pre-planned vacation from April 12, 2006, through April 28, 2006. As a result, the press of other business has prevented AUSA Connolly from devoting sufficient time to adequately respond to the defendant's motions to suppress in this case. The government hereby requests an extension to May 12, 2006 for the filing of its response. Defense counsel Glen P. Randall has assented to this request for an extension.

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                    By:  <u>/s/ William H. Connolly</u>
                                                Assistant U.S. Attorney

DATE:    April 11, 2006